IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JANE DOE I & II,

      Appellant,

v.

REV. LUTHER LEGUIRE, REV.
RICHARD PEAK, THE FIRST
APOSTOLIC CHURCH OF
LAKE CITY, FLORIDA, INC.,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5533

Opinion filed October 1, 2014.

An appeal from the Circuit Court for Columbia County.
Hon. William W. Blue, Judge.

Dyril L. Flanagan, St. Petersburg, for Appellant.

Mark D. Tinker and Charles W. Hall of Banker Lopez Gassler, P.A., St. Petersburg, and Cecil L. Davis, Jr., of Banker Lopez Gassler, P.A., Tallahassee, for Appellee Rev. Luther Leguire. Scot E. Samis of Traub, Lieberman, Straus, and Shrewsberry LLP, St. Petersburg, for Appellee The First Apostolic Church of Lake City, Florida, Inc.

PER CURIAM.

      AFFIRMED.

LEWIS, C.J., BENTON and RAY, JJ., CONCUR.